# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| **MARY E.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20-cv-00431-JDL |
| **SOCIAL SECURITY ADMINISTRATION COMMISSIONER,** | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court has considered Plaintiff's motion for an award of attorney's fees (ECF No. 26) in accordance with 42 U.S.C.A. § 406(b) (West 2022), and all the supporting documents annexed thereto.

**IT IS ORDERED** that attorney's fees be granted to Plaintiff's counsel in the amount of $20,382.37, which represents 25% of the retroactive benefits awarded to Plaintiff, pursuant to 42 U.S.C. § 406(b), and that payment be remitted to counsel for Plaintiff. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fee of $5,791.57 directly to Plaintiff.

SO ORDERED.

Dated this 7th day of June, 2022.

/s/ JON D. LEVY
**CHIEF U.S. DISTRICT JUDGE**